# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| **NICOLAS DE-MEYER** | ) 17 CR 595 (PGG) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, **NICOLAS DE-MEYER** *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- (☒) to appear for court proceedings;
- (☒) if convicted, to surrender to serve a sentence that the court may impose; or
- (☒) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(☒) (1) This is a personal recognizance bond.

(☐) (2) This is an unsecured bond of $ _____ .

(☒) (3) This is a secured bond of $ **1,000,000.00** , secured by:

  (☒) (a) $ **200,000.00** , in cash deposited with the court.

  (☐) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
  **Mothers Home**

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (☐) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
  _____
  _____
  _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 3/16/18

Defendant *NICOLAS DE-MEYER* signature

Surety/property owner – *Tracie Salamay  March 12, 2018*

Surety/property owner – signature and date

X
Surety/property owner – printed name

Surety/property owner – signature and date

X
Surety/property owner – printed name

Surety/property owner – signature and date

Date: 3/16/18

CLERK OF COURT

Signature of Clerk or Deputy Clerk

Approved.

Date: _____

AUSA *Stephanie Lake* signature

Justin Rodriguez

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: _____

_Tracie Salamay_
Surety/property owner – Tracie Salamay  March 13, 2018

_Jane Rettig_
Surety/property owner – Jane Rettig  March 13, 2018

_____
Surety/property owner – printed name

Date: 3/16/18
      3/13/2018

Approved.

Date: _____

_[signature]_
Defendant  **NICOLAS DE-MEYER** *signature*

_Tracie Salamay 3/13/18_
Surety/property owner – signature and date

_Jane Rettig 3-13-18_
Surety/property owner – signature and date

_____
Surety/property owner – signature and date

CLERK OF COURT  **Richard W. Nagel, Clerk of Court**

_[signatures]_
Signature of Clerk or Deputy Clerk

_[signature]_
AUSA Stephanie Lake *signature*

_Justin Rodriguez_

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: _____

_____
*Defendant* NICOLAS DE-MEYER *signature*

X 3/14/18
_____
*Surety/property owner – Tracie Salamay March 12, 2018*

_____
*Surety/property owner – signature and date*

X _____
*Surety/property owner –*

_____
*Surety/property owner – signature and date*

X _____

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 3/16/18

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

_____
*AUSA Stephanie Lake signature*

Justin Rodriguez

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                        Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __New York__

United States of America )
v. )
)   Case No.   **17 CR 595 (PGG)**
**NICOLAS DE-MEYER** )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11) Additional Conditions of Release                                                                                   Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                  *Custodian*                    *Date*

( ☒ ) (7) The defendant must:
  ( ☒ ) (a) submit to supervision by and report for supervision to the  STRICT PRETRIAL SERVICES ,
      telephone number _____ , no later than _____ .
  ( ☒ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☒ ) (d) surrender any passport to:  PRETRIAL SERVICES
  ( ☒ ) (e) not obtain a passport or other international travel document.
  ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:  SDNY/EDNY/WDOH

  ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

  ( ☐ ) (h) get medical or psychiatric treatment: _____

  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
  ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☒ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
      ( ☒ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( ☒ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
      ( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  ( ☐ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADDITIONAL CONDITIONS OF RELEASE

(☒) (s) $1,000,000.00 PRB; SECURED BY $200,000.00 CASH/PROPERTY (MOTHERS HOME); COSIGNED BY 4 FRP'S; TRAVEL LIMITS INCLUDE THE SDNY/EDNY/NDOH (PERMITTED TO COME TO NY FOR COURT APPEARANCES; SURRENDER OF TRAVEL DOCUMENTS AND NO NEW APPLICATIONS;STRICT PRE-TRIAL SUPERVISION; HOME DETENTION WITH GPS ELECTRONIC MONITORING; DEFENDANT TO CONTINUE OR SEEK EMPLOYMENT; NO POSSESSION OF FIREARMS/DESTRUCTIVE DEVICES OR WEAPONS; DEFENDANT TO BE DETAINED UNTIL ALL CONDITIONS ARE MET

AO 199C (Rev. 09/08) Advice of Penalties                                                        Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  **NICOLAS DE-MEYER**          **17 CR 595 (PGG)**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

DEFENDANT RELEASED

_____
*Defendant* **NICOLAS DE-MEYER** *Signature*

_____
*City and State*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____          _____
                                                              *Judicial Officer's Signature*

                                                              _____
                                                              *Printed name and title*

AO 199C (Rev. 09/08) Advice of Penalties  Page _____ of _____ Pages

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL



COPY

DOCKET No. 17 CR 595 (PGG)   DEFENDANT Nicolas De-Meyer

AUSA Stephanie Lake   DEF.'S COUNSEL Sabrina Shroff
☐ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST _____  ☐ VOL. SURR.
☒ Other: Bail Hearing   TIME OF ARREST _____  ☐ ON WRIT
TIME OF PRESENTMENT _____

**BAIL DISPOSITION**

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ $1,000,000 PRB  ☒ 4 FRP
☒ SECURED BY $260,000   CASH/PROPERTY: mother's home
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ D. Ohio — permitted to con to NY for court appearance
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:  ☐ REGULAR  ☒ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☒ HOME DETENTION   ☐ CURFEW   ☒ ELECTRONIC MONITORING   ☒ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☒ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☒ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED   ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____   ☐ ON DEFENDANT'S CONSENT

DATE: 2/27/18

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE   PINK – U.S. ATTORNEY'S OFFICE   YELLOW – U.S. MARSHAL   GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016 IH - 2







CLASS: D license is authorized to operate an operator vehicle
ENDORSEMENTS:
RESTRICTIONS: A - None



CLASS: D license is authorized to operate an operator vehicle
ENDORSEMENTS:
RESTRICTIONS: A - None



San Jose

# FaxTransmission

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

| | | | |
|---|---|---|---|
| **To:** | Oscar Rivera | **Phone #:** | 408-535-5378 |
| **Fax #:** | 408-535-5329 | **Pages:** | 9, including this cover sheet. |
| **From:** | Janice | **Date:** | 3/13/18 |
| | ARRAIGNMENT SECTION | | |
| **Subject:** | Cosigner for bond 17cr595 - Nicolas DeMeyer | | |

COMMENTS: Please have Jordan Johnson sign over his name on page 2. All conditions are on page 5. Fax back the signed bond with a copy of cosigner's photo ID. Please mail back the originals.
Thank you.



Ohio

# FaxTransmission

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

| | | | |
|---|---|---|---|
| **To:** | Eduardo Rivera | **Phone #:** | 614-719-3000 |
| **Fax #:** | 614-719-3005 | **Pages:** | 7, including this cover sheet. |
| **From:** | Janice | **Date:** | 3/12/18 |
| | ARRAIGNMENT SECTION | | |
| **Subject:** | Cosigner for bond 17cr595 - Nicolas DeMeyer | | |

**COMMENTS:** Please have cosigner signature name on page 2. All conditions are on page 5. Fax the signed bond with a copy of cosigner photo ID. Then mail back the originals.

Thank you.

```
* * *  COMMUNICATION RESULT REPORT ( MAR. 12. 2018  1:24PM ) * * *
                                                    FAX HEADER:  ARRAIGNMENT SDNY

TRANSMITTED/STORED : MAR. 12. 2018  1:23PM
FILE MODE       OPTION              ADDRESS                RESULT        PAGE
----------------------------------------------------------------------------
964  MEMORY TX                      916147193005           OK            9/9


REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL         E-2) BUSY
  E-3) NO ANSWER                    E-4) NO FACSIMILE CONNECTION
```



Ohio

# FAXTRANSMISSION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

| | | | |
|---|---|---|---|
| **To:** | Eduardo Rivera | **Phone #:** | 614-719-3000 |
| **Fax #:** | 614-719-3005 | **Pages:** | 9, including this cover sheet. |
| **From:** | Janice | **Date:** | 3/12/18 |
| | ARRAIGNMENT SECTION | | |
| **Subject:** | cosigner for bond 17cr595 - Nicolas DeMeyer | | |

**COMMENTS:** Please have cosigner signature notarized on page 2. All conditions are on page 5. Fax the signed bond with a copy of cosigner photo ID. Then mail back the originals.
Thank you.

```
* * * COMMUNICATION RESULT REPORT ( MAR. 13. 2018 12:35PM ) * * *
                                                    FAX HEADER:  ARRAIGNMENT SDNY

TRANSMITTED/STORED : MAR. 13. 2018 12:31PM
FILE MODE          OPTION              ADDRESS              RESULT       PAGE
-----------------------------------------------------------------------------
978  MEMORY TX                         914085355329         OK           9/9

REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL             E-2) BUSY
  E-3) NO ANSWER                        E-4) NO FACSIMILE CONNECTION
```



San Jose

# FAXTRANSMISSION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

**To:** Oscar Rivera         **Phone #:** 408-535-5329
**Fax #:** 408-535-5329      **Pages:** 9, including this cover sheet.
**From:** Janice             **Date:** 3/13/18
ARRAIGNMENT SECTION
**Subject:** Cosigner for bond 17cr595 - Nicolas DeMeyer

**COMMENTS:** Please have Jordan Johnson sign over his name on page 2. All conditions are on page 5. Fax back the signed bond with a copy of cosigner's photo ID. Please mail back the originals.
Thank you.