1

I366DEMC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4              v.                           17 CR 595(PGG)

5   NICHOLAS DE-MEYER,

6              Defendant.

7   ------------------------------x

8                                      New York, N.Y.
                                       March 6, 2018
9                                      2:50 p.m.

10

    Before:
11
                        HON. PAUL G. GARDEPHE,
12
                                          District Judge
13

14                        APPEARANCES

15  GEOFFREY S. BERMAN
         Interim United States Attorney for the
16       Southern District of New York
    JUSTIN A. ANDERSON
17       Assistant United States Attorney

18  FEDERAL DEFENDERS OF NEW YORK
         Attorneys for Defendant
19  MARTIN COHEN

20

21

22

23

24

25

I366DEMC

1           (Case called; in open court)

2           THE DEPUTY CLERK:  Is the government ready?

3           MR. RODRIGUEZ:  Good afternoon, your Honor.  Justin

4    Rodriguez for the United States.

5           THE DEPUTY CLERK:  Defendant ready?

6           MR. COHEN:  Martin Cohen and Susan Nudelman on behalf

7    of Mr. De-Meyer from the Federal Defenders.

8           THE COURT:  This is a case about interstate

9    transportation of stolen property.  This is our first

10   conference in the case.

11          Mr. Rodriguez, where are we in terms of discovery?

12          MR. RODRIGUEZ:  Your Honor, the government made its

13   initial production of Rule 16 discovery on February 27th.  That

14   production included a recorded phone call between the defendant

15   and the victim's wife on November 17th, 2016, as well as

16   approximately 4200 pages of records.  Those records included an

17   e-mail search warrant and supporting papers, historical cell

18   site orders and supporting papers, phone records from Verizon

19   and Team Mobile, records from Google, bank records relating to

20   the defendant's bank account at First Republic Bank, bank

21   records for a J P Morgan account relating to an account in the

22   name of the defendant's partner, records from an insurance

23   company and wine sellers relating to the stolen wine at issue

24   in this case, various photographs of the defendant's passport,

25   incident reports, and other e-mails.

I366DEMC

1          The government still has a small amount of Rule 16

2     discovery in its possession that it is processing for

3     production and anticipates completing that within a week or so.

4          THE COURT:  What is outstanding?  Can I characterize

5     it in some way?

6          MR. RODRIGUEZ:  Yes.  The government has in its

7     possession records from an American Express relating to cards

8     in both of the defendant's names and in the name of his

9     partner, additional records from First Republic Bank and I

10    believe the credits reports of the defendant as well.

11         THE COURT:  Mr. Cohen, do you anticipate any motions?

12         MR. COHEN:  Your Honor, I don't know.  We'll have to

13    take a look at the discovery.  Our request would be that the

14    Court would give us about 30 days to do that to let the Court

15    know whether there are any motions to be filed.

16         THE COURT:  So that would bring us to, say, April 9th

17    or thereabouts, Mike.

18         THE DEPUTY CLERK:  April 9 at 12:30 is available.

19         THE COURT:  Is that convenient to everybody, April 9th

20    at 12:30?

21         MR. COHEN:  Your Honor, if we can have something the

22    week before that.

23         THE COURT:  Okay.

24         THE DEPUTY CLERK:  The 4th at 12:30.

25         MR. COHEN:  Thank you very much.

I366DEMC

1          THE COURT:  Is that all right with you, Mr. Rodriguez?

2          MR. RODRIGUEZ:  Yes, your Honor.

3          THE COURT:  Our next conference will be April 4th at

4     12:30.

5          Does the government wish me to exclude time between

6     then and now.

7          MR. COHEN:  Yes, your Honor.  The government would

8     move to exclude time under the Speedy Trail Act between now and

9     April 4th because such an exclusion would be in the interest of

10    justice, it would allow defendant the opportunity to review

11    discovery and decide which motions if any are appropriate, and

12    it would also afford the parties an opportunity to engage in a

13    discussion about potential pretrial dispositions.

14         THE COURT:  Any objection, Mr. Cohen?

15         MR. COHEN:  No, your Honor.

16         THE COURT:  I will exclude time between now and

17    April 4th, 2018 under the Speedy Trial Act pursuant to Title

18    18, United States Code, Section 3161(h)(7)(A) to permit defense

19    counsel to determine whether there will be any pretrial

20    motions, to conduct his review of the discovery material, and

21    to think about whether there will be a pretrial disposition in

22    this case.  I do find that the ends of justice served by the

23    granting of this continuance outweigh the best interests of the

24    defendant and the public in a speedy trial.

25         Is there anything else?

I366DEMC

1          MR. RODRIGUEZ:  Not the from the government, your

2     Honor.

3          MR. COHEN:  Nothing for Mr. De-Meyer.  Thank you very

4     much, your Honor.

5          THE COURT:  Thank you.

6                              -0-

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25