# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

August 13, 2018

BY ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Nicolas De-Meyer
     17 Cr. 595 (PGG)

Hon. Judge Gardephe:

Pursuant to 18 U.S.C. § 4285, I respectfully request that Your Honor endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Mr. De Meyer's travel between Findlay, Ohio and New York, New York for his court appearance scheduled for Monday, August 20, 2018 at 11:00 am. Mr. De Meyer is indigent and qualifies for this relief under section 4285 of 18 U.S.C.

I request that the U.S. Marshals arrange for Mr. De Meyer to arrive on Friday, August 17, 2018 so that he can prepare for and attend his court appearance.

Respectfully submitted,

/s/
Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

cc:  AUSA Justin Rodriguez (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA            :       **TRANSPORTATION ORDER**

        - v -                       :       17 Cr. 595 (PGG)

Nicolas De-Meyer,                   :

                Defendant.          :

----------------------------------x

        Upon the application of **Nicolas De Meyer**, by his

attorney, **Sabrina Shroff, Esq.,** Federal Defenders of New York,

pursuant to 18 U.S.C. § 4285, and upon a finding of indigence

and in the interests of justice, it is hereby

        **ORDERED** that the United States Marshals Service furnish

Nicolas De Meyer with funds to cover the cost of roundtrip travel

between Findlay, Ohio and New York, New York in advance of Mr. De

Meyer's upcoming court date on Monday, August 20, 2018, arriving in

New York no later than 12:00pm on Friday, August 17, 2018;

and it is hereby further

        **ORDERED** that the aforesaid expenses shall be paid by the

United States Marshals Service.

Dated:  New York, New York          **SO ORDERED:**
        August __, 2018


                                    _____
                                    HONORABLE PAUL G. GARDEPHE
                                    United States District Judge