**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 22, 2018

<u>By ECF</u>
Honorable Paul G. Gardephe
Judge, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Nicholas De-Meyer</u>, 17 Cr. 595 (PGG)

Hon. Judge Gardephe:

    This matter is next before the Court on August 22, 2018. I write to ask that the court either allow us to waive Mr. De-Meyer's personal appearance and proceed on August 22, 2018 or adjourn the case by about 10 days so that he can return to New York for an in person appearance.

    Should the Court allow us to waive his appearance, I will inform Mr. De-Meyer of what transpired in court and also provide to him with a transcript of the proceedings. Should the Court adjourn the case to allow for Mr. De-Meyer's personal appearance, we request that the time between August 24, 2018, and the next date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, as it will allow the parties to reach a disposition.

    Thank you for considering this request.

Respectfully submitted,

/s/
Sabrina P. Shroff
Assistant Federal Defender

cc:   All parties