**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2018

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Nicolas De-Meyer, 17 Cr. 595 (PGG)

Dear Judge Gardephe:

The Government writes in response to the defendant's letter dated August 22, 2018. *See* Doc. No. 35. The Government respectfully requests that the Court not adjourn the August 24, 2018 conference given the age of this case. The Government does not object to proceeding with the August 24, 2018 conference without the defendant present, as suggested by defense counsel, at which time the Government will respectfully request that the Court set a motions schedule and a trial date in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

cc:   Sabrina Shroff, Esq. (by ECF)