# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

October 2, 2018

BY ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Nicolas De-Meyer
     17 Cr. 595 (PGG)

Hon. Judge Gardephe:

        Pursuant to 18 U.S.C. § 4285, I respectfully request that
Your Honor endorse the enclosed order directing the U.S.
Marshals Service to arrange for and fund Mr. De Meyer's travel
between Findlay, Ohio and New York, New York for his court
appearance scheduled for Tuesday, October 9, 2018 at 2:30 pm.
Mr. De Meyer is indigent and qualifies for this relief under
section 4285 of 18 U.S.C.

        I request that the U.S. Marshals arrange for Mr. De Meyer
to arrive on Friday, October 5, 2018 so that he can prepare for
and attend his court appearance.

                                Respectfully submitted,

                                /s/
                                Sabrina P. Shroff
                                Assistant Federal Defender
                                (212) 417-8713

cc:  AUSA Justin Rodriguez (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA          :      TRANSPORTATION ORDER

     -  v  -                      :      17 Cr. 595 (PGG)

Nicolas De-Meyer,                 :

               Defendant.   :

---------------------------------x
```

Upon the application of **Nicolas De Meyer**, by his attorney, **Sabrina Shroff, Esq.,** Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Nicolas De Meyer with funds to cover the cost of travel between Findlay, Ohio and New York, New York for Mr. De Meyer's upcoming court appearance on Tuesday, October 9, 2018 at 2:30 pm, arriving in New York no later than 12:00pm on Friday, October 5, 2018, and returning to Findlay, Ohio on October 9, 2018 following the appearance;

and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York          **SO ORDERED:**
        October __, 2018

                                    _____
                                    HONORABLE PAUL G. GARDEPHE
                                    United States District Judge