UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA : | **TRANSPORTATION ORDER** |
| - v - : | 17 Cr. 595 (PGG) |
| Nicolas De-Meyer, : | |
| Defendant. : | |

------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/18
```

Upon the application of **Nicolas De Meyer**, by his attorney, **Sabrina Shroff, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Nicolas De Meyer with funds to cover the cost of travel between Findlay, Ohio and New York, New York for Mr. De Meyer's upcoming court appearance on Tuesday, October 9, 2018 at 2:30 pm, arriving in New York no later than 12:00pm on Friday, October 5, 2018, and returning to Findlay, Ohio on October 9, 2018 following the appearance;

and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York
        October 3, 2018

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
United States District Judge